# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:21-CV-089-FDW-DCK

| | |
|---|---|
| SHANNON POWERS, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| ONE TECHNOLOGIES, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) filed by Craig M. Shapiro, concerning Eric H. Weitz, on March 8, 2021. Eric H. Weitz seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) is **GRANTED**. Eric H. Weitz is hereby admitted *pro hac vice* to represent Plaintiff.

Signed: March 9, 2021

David C. Keesler
United States Magistrate Judge