IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-089-FDW-DCK

| | |
|---|---|
| SHANNON POWERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ONE TECHNOLOGIES, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Consent Motion For Setting Deadline To Respond To Complaint" (Document No. 18) filed March 24, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Plaintiff's consent, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendants' "Consent Motion For Setting Deadline To Respond To Complaint" (Document No. 18) is **GRANTED**. Defendant shall file an Answer, or otherwise respond to Plaintiff's Complaint, on or before **May 10, 2021**.

Signed: March 24, 2021

David C. Keesler
United States Magistrate Judge