**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-089-FDW-DCK**

| | |
|---|---|
| **SHANNON POWERS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **ORDER** |
| ) | |
| **ONE TECHNOLOGIES, LLC,** ) | |
| ) | |
| **Defendant**. ) | |
| ) | |

   **THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 19) filed by Jodie Herrmann Lawson, concerning Ari N. Rothman, on March 24, 2021. Ari N. Rothman seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

   **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 19) is **GRANTED**. Ari N. Rothman is hereby admitted *pro hac vice* to represent Defendant.

Signed: March 24, 2021

David C. Keesler
United States Magistrate Judge