IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-089-FDW-DCK

| | |
|---|---|
| SHANNON POWERS, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| ONE TECHNOLOGIES, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Consent Motion To Issue Pre-Discovery Subpoenas" (Document No. 23) filed March 26, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

By the instant motion, Plaintiff requests "permission to conduct early Court-enforceable discovery before a Scheduling Order has been put in place." (Document No. 23, p. 1). Plaintiff seeks to "serve subpoenas on third-party domain registrars and privacy guard services to identify the company or companies involved in sending the text messages at issue in this matter." (Document No. 23, p. 2). Defendant consents to Plaintiff's request. Id.

The parties are welcome, and encouraged, to conduct consensual early discovery. The undersigned expresses no opinion at this time as to the Court's consideration of potential objections or motions practice related to the proposed discovery.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Consent Motion To Issue Pre-Discovery Subpoenas" (Document No. 23) is **GRANTED**.

**SO ORDERED.**

Signed: March 26, 2021

David C. Keesler
United States Magistrate Judge